PATRICK K. FAULKNER, County Counsel
RENEE GIACOMINI BREWER, Deputy (SBN 173012)
Suite 303, Civic Center
San Rafael, California 94903
Telephone: (415) 499-6117
Fax: (415) 499-3796

ATTORNEYS FOR COUNTY OF MARIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 7/30/07*

| | |
|---|---|
| ULYSSES DAVIS, JR.,<br><br>                Plaintiff,<br><br>v.<br><br>MARIN COUNTY, et al.<br>                Defendants. | Case No. C 03-4512 RMW (PR)<br><br>[] ORDER EXTENDING TIME FOR DEFENDANTS TO FILE DISPOSITIVE MOTIONS |

Good Cause appearing therefore, Schedule has been revised as follows:

Last day for County of Marin Defendants to file dispositive motions – September 28, 2007.

It is so ordered.

Dated: 7/30, 2007

*Ronald M. Whyte*
_____
UNITED STATES DISTRICT JUDGE

PED ORDER
Case No. C 03-4512 rMW (PR)

1